**Ruth Ann GILLINGS, Plaintiff—Appellant,**

**v.**

**UNITED STATES INTERNAL REVENUE SERVICE, Defendant—Appellee.**

No. 04–17357.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 13, 2005.

Ruth Ann Gillings, Sparks, NV, pro se.

John B. Snyder, III, Esq., U.S. Department of Justice Tax Division, Washington, DC, for Defendant–Appellee.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

## MEMORANDUM **

Ruth Ann Gillings appeals pro se the district court's order dismissing for lack of jurisdiction and failure to state a claim her action alleging that the Internal Revenue Service's ("IRS") notice of tax deficiency was wrongful and that the IRS violated her constitutional rights by not responding to her request for an "Office Examination Interview." We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal for lack of jurisdiction, *Nike, Inc. v. Comercial Iberica de Exclusivas Deportivas, S.A.*, 20 F.3d 987, 990 (9th Cir.1994), and we affirm the district court order.

The district court properly dismissed Gillings' action for lack of jurisdiction because sovereign immunity bars all suits against the federal government unless it expressly consents to be sued. The IRS and its agents in their official capacities have not waived sovereign immunity, and thus, Gillings' action is barred. *See Gil-*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*bert v. DaGrossa,* 756 F.2d 1455, 1458 (9th Cir.1985).

AFFIRMED.

---

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This parnel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.